IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**LESLIE BERNARD HOWARD,**                              07-CV-1895-ST

        Plaintiff,                            ORDER

v.

**MANUEL PEREZ, JEAN HILL,
OFICER SPELLMAN, and SGT.
GREEVER,**

        Defendants.


**LESLIE BERNARD HOWARD**
19240 McLoughling Blvd, #216
Gladstone, OR 97027

        Plaintiff, Pro Se

**ROBERT E. SABIDO**
Cosgrave Vergeer Kester, LLP
805 SW Broadway
8th Floor
Portland, OR 97205
(503) 323-9000

**DIRK L. PIERSON**
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700

        Attorneys for Defendant

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#47) on October 28, 2008, in which she recommended this Court dismiss this action, with prejudice, for lack of prosecution.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge's Findings and Recommendation (#47).  Accordingly, the Court **DISMISSES** this action **with prejudice**.

DATED this 26th day of November, 2008.

　　　　　　　　　　　　　　　  /s/ Anna J. Brown  
　　　　　　　　　　　　　　　ANNA J. BROWN  
　　　　　　　　　　　　　　　United States District Judge

2 - ORDER